IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Case No. 3:25-cv-16573

ROCKEFELLER PHOTOS, LLC,

    Plaintiff,

v.

JOEYS' PIZZA & PASTA, INC.,

    Defendant.

**PLAINTIFF'S SECOND AGREED MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

Plaintiff Rockefeller Photos, LLC ("Plaintiff") respectfully moves the Court for an Order extending the time for defendant Joeys' Pizza & Pasta, Inc. ("Defendant") to file its response to the Complaint, and in support thereof state as follows:

1. On October 10, 2025, Plaintiff filed its Complaint. See D.E. 1.

2. On October 23, 2025, Defendant was served with the Summons and the Complaint. As such, Defendant's response to the Complaint is due November 13, 2025. See D.E. 5.

3. Plaintiff's counsel has been in contact with Defendant's attorney (who has not yet appeared in the matter). The parties have been engaging in ongoing investigations and settlement discussions. As such, Defendant requested an additional extension to file its response to the Complaint, in order to further investigate and work toward whether early resolution is possible, which undersigned counsel agreed to.

4. Defendant and its counsel require additional time to appear and respond to the Complaint. Such extension will further provide the parties time to explore potential resolution of the matter.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL 33065
TELEPHONE (877) 437-6228

5.  Based on the foregoing, Plaintiff now requests that Defendant be given until January 12, 2026 to file its response to the Complaint.

6.  The requested relief is made in good faith and prior to the current answer deadline. The relief being sought will neither unfairly prejudice Plaintiff or Defendant, nor cause undue delay.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order: (a) granting this Motion, (b) extending the deadline for Defendant to file its response to the Complaint to on or before January 12, 2026.

Dated: December 10, 2025.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com

By: /s/ Daniel DeSouza
    Daniel DeSouza, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

By: /s/ Daniel DeSouza
    Daniel DeSouza, Esq.